HONEYCOMB ASSOCIATES *v.* COMMISSIONER OF
ENVIRONMENTAL PROTECTION

The defendant's petition for certification for appeal from the Superior Court in the judicial district of Ansonia-Milford at Milford is denied by the court.

*Richard F. Webb,* assistant attorney general, in support of the petition.

*Robert E. Quish,* in opposition.

Submitted July 13—decided July 26, 1979

STATE OF CONNECTICUT *v.* JOSEPH GUERRIERO

The defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied by the court.

*John P. McKeon,* in support of the petition.

*Glenn E. Coe,* assistant state's attorney, in opposition.

Submitted July 17—decided July 26, 1979

ARNOLD PECK *v.* ZONING BOARD OF APPEALS OF THE
CITY OF MILFORD ET AL.

The plaintiff's petition for certification for appeal from the Superior Court in the judicial district of Ansonia-Milford is denied by the court.

*Peter E. Melien,* in support of the petition.

*Andrew J. Broughel,* in opposition.

Submitted July 17—decided July 26, 1979